Dear Clerk of the Court:

Regarding Case # 12CV01348: -WYD-CBS

Please replace page 1 of the petition with the enclosed page 1.

Thank you,

Thomas Albert LaBrecque
1764 West Yampa Street
Colorado Springs, Colorado 80904

tlabrecque@comcast.net
719-510-8618

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 2 5 2012

GREGORY C. LANGHAM
CLERK

Thank you,

*Thomas Albert LaBrecque*
Thomas Albert LaBrecque, *Pro Se*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| **Thomas Albert LaBrecque,** Petitioner, | **CASE NO. 12CV01348** |
| v. | |
| **United States of America,** Respondent | **PETITION TO QUASH I.R.S. SUMMONS** |

## PETITION TO QUASH I.R.S. SUMMONS

1. COMES NOW, Thomas LaBrecque, in propria persona, on May 22nd and files this *Petition To Quash I.R.S. Summons* with the federal district court, the parties summoned to produce records, and the issuing I.R.S. office and agents, pursuant to Title 26 U.S.C. § 7609 (b)(2), in order to Quash the disputed Administrative Summons, Form(s) 2039, attached as Exhibit A1, A2 and A3 that the Internal Revenue Service employees have improperly issued and served upon US Bank and Petitioner.

2. According to the written provisions of Title 26 U.S.C. Sec 7608(a) and (b), the instant **Subtitle A** Summons has been improperly served by the IRS Revenue Officers, without proper statutory authority for this type of I.R.S. employee to serve this type of Summons.

3. This petition is predicated on the provisions of 26 U.S.C. § 7609(b)(2), establishing the right of the person summoned, or the person whose books and records are summoned from a third party record-holder, to intervene in the processes and to quash the Summons for legal cause. In the instant matter, the I.R.S. Revenue Agents are either **exceeding and violating** the clear, explicit, and limited authority of § 7608(a), or is obviously **misusing,** in an incidence of misfeasance and abuse, a legal authority **not** granted to her under § 7608(b).

1